# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.12.36.22 | Verizon Online | 2011-11-30 02:51:00 |
| 173.57.116.49 | Verizon Online | 2011-11-29 04:10:34 |
| 173.57.146.114 | Verizon Online | 2012-01-14 03:46:02 |
| 173.57.147.119 | Verizon Online | 2011-12-26 18:18:57 |
| 173.57.171.21 | Verizon Online | 2011-12-03 04:28:27 |
| 173.57.186.154 | Verizon Online | 2011-12-20 08:23:27 |
| 173.57.30.4 | Verizon Online | 2011-12-09 16:45:27 |
| 173.74.10.77 | Verizon Online | 2012-02-22 21:55:46 |
| 173.74.166.136 | Verizon Online | 2011-11-29 01:23:55 |
| 184.5.103.159 | Embarq Corporation | 2011-12-05 21:19:45 |
| 184.5.84.24 | Embarq Corporation | 2011-12-18 01:09:14 |
| 184.79.64.74 | Clearwire US | 2011-12-06 07:44:55 |
| 184.79.69.143 | Clearwire US | 2011-12-19 15:51:43 |
| 209.62.88.170 | ThePlanet.com Internet Services | 2011-11-30 06:37:28 |
| 24.155.161.137 | Grande Communications Networks | 2011-12-09 15:15:50 |
| 50.15.93.82 | Clearwire US | 2011-12-20 14:28:54 |
| 50.22.68.146 | SoftLayer Technologies | 2011-11-28 19:35:50 |
| 64.189.11.250 | tw telecom holdings | 2012-02-07 13:35:55 |
| 66.182.192.143 | Millennium Telcom | 2011-12-09 07:33:28 |
| 68.185.201.236 | Charter Communications | 2011-12-05 15:50:26 |
| 68.90.234.185 | AT&T Internet Services | 2011-11-29 21:17:24 |
| 68.94.8.229 | AT&T Internet Services | 2011-11-29 17:22:16 |
| 69.148.49.66 | AT&T Internet Services | 2012-01-25 00:50:26 |
| 69.152.252.186 | AT&T Internet Services | 2012-01-11 23:41:15 |
| 69.155.224.40 | AT&T Internet Services | 2012-02-16 22:57:28 |
| 70.138.231.89 | AT&T Internet Services | 2011-12-23 02:08:28 |
| 70.239.162.189 | AT&T Internet Services | 2011-11-29 04:39:05 |
| 71.164.181.172 | Verizon Online | 2011-12-27 23:37:09 |
| 71.48.172.106 | Embarq Corporation | 2012-01-04 02:37:35 |
| 72.48.109.235 | Grande Communications Networks | 2011-12-22 00:05:29 |
| 72.64.122.116 | Verizon Online | 2011-12-22 14:54:12 |
| 74.192.19.220 | Suddenlink Communications | 2012-01-18 12:13:43 |
| 74.192.215.209 | Suddenlink Communications | 2011-11-29 22:30:09 |
| 75.141.131.143 | Charter Communications | 2011-11-30 15:27:38 |
| 76.247.28.42 | AT&T Internet Services | 2011-11-30 16:18:43 |
| 76.30.88.167 | Comcast Cable Communications | 2012-02-12 06:23:35 |
| 76.31.111.60 | Comcast Cable Communications | 2011-12-16 17:33:29 |
| 96.226.117.124 | Verizon Online | 2011-12-31 08:14:44 |
| 96.226.70.188 | Verizon Online | 2011-11-29 01:11:01 |
| 96.8.164.23 | Guadalupe Valley Telephone Coop. | 2011-12-01 17:24:44 |
| 96.8.182.180 | Guadalupe Valley Telephone Coop. | 2011-12-16 15:32:06 |
| 98.194.11.18 | Comcast Cable Communications | 2011-12-29 03:24:54 |
| 98.194.21.65 | Comcast Cable Communications | 2012-02-16 01:24:51 |
| 98.196.219.164 | Comcast Cable Communications | 2011-11-29 08:02:17 |
| 98.196.32.118 | Comcast Cable Communications | 2011-12-30 10:55:34 |
| 98.198.18.88 | Comcast Cable Communications | 2012-02-24 01:11:37 |
| 98.198.79.132 | Comcast Cable Communications | 2011-12-20 04:45:13 |
| 98.199.28.192 | Comcast Cable Communications | 2011-12-12 04:52:47 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 98.200.173.148 | Comcast Cable Communications | 2012-01-19 11:31:59 |
| 98.200.230.46 | Comcast Cable Communications | 2011-12-17 00:54:19 |
| 99.1.145.187 | AT&T Internet Services | 2012-01-11 08:58:22 |
| 99.113.77.51 | AT&T Internet Services | 2012-01-16 18:59:29 |
| 99.182.221.47 | AT&T Internet Services | 2011-12-22 19:49:03 |
| 99.183.195.180 | AT&T Internet Services | 2011-12-27 23:52:40 |
| 99.53.204.217 | AT&T Internet Services | 2011-11-28 17:47:52 |
| 99.65.2.150 | AT&T Internet Services | 2011-12-31 02:52:30 |