UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS LLC, § § Plaintiff, § VS. § DOES 1-56, *et al*, § § Defendants. § § § § § | CIVIL ACTION NO. 4:12-CV-701 |

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed on December 5, 2012 (Doc. 32) this case is DISMISSED without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1). All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 7th day of December, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE